UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LUIS PINTO, SJUR MADSGARD**, and **FUTURE HOLDINGS ASSOCIATES, LLC**<br><br>Plaintiffs,<br><br>v.<br><br>**ALLSTATE INSURANCE COMPANY**<br><br>Defendant. | Civil Action No.: 22-cv-07167<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF DISMISSAL

Plaintiffs voluntarily dismiss Count III of their complaint with prejudice.

| | |
|---|---|
| Respectfully Submitted, | Dated: May 1, 2023 |
| /s/ *Robert F. DiCello* | /s/ *J. Scott Humphrey* |
| Mark Hamill<br>Adam J. Levitt<br>DICELLO LEVITT LLC<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>(312) 214-7900<br>mhamill@dicellolevitt.com<br>alevitt@dicellolevitt.com | J. Scott Humphrey<br>Kate Watson Moss<br>Samantha Roth<br>BENESCH, FRIEDLANDER, COPLAN<br>   & ARONOFF LLP<br>71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606-4637<br>312.212.4949<br>shumphrey@beneschlaw.com<br>kwatsonmoss@beneschlaw.com<br>sroth@beneschlaw.com |
| Robert F. DiCello (*Pro Hac Vice*)<br>Kenneth P. Abbarno<br>DICELLO LEVITT LLC<br>7556 Mentor Avenue<br>Mentor, Ohio 44060<br>(440) 953-8888<br>rfdicello@dicellolevitt.com<br>kabbarno@dicellolevitt.com | |
| *Counsel for Plaintiffs Luis Pinto, Sjur Madsgard, and Future Holdings Associates, LLC* | *Counsel for Defendant Allstate Insurance Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2023, the foregoing was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

                                             */s/ J. Scott Humphrey*

                                               J. Scott Humphrey

                                           *One of the Attorneys for Defendant Allstate Insurance Company*