UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LUIS PINTO, SJUR MADSGARD**, and **FUTURE HOLDINGS ASSOCIATES, LLC**<br><br>Plaintiffs,<br><br>v.<br><br>**ALLSTATE INSURANCE COMPANY**<br><br>Defendant. | Civil Action No.: 22-cv-07167<br><br>Honorable Joan B. Gottschall |

**JOINT STATUS REPORT**

Pursuant to the Court's June 22, 2023 Minute Entry (Dkt. 32) and Case Management Packet, Plaintiffs Luis Pinto, Sjur Madsgard, and Future Holdings Associates, LLC ("Plaintiffs") and Defendant Allstate Insurance Company ("Defendant") submit this Joint Status Report.

**1.    Progress of Discovery**

The parties have issued Rule 26 Disclosures and are in the progress of serving discovery .

**2.    Status of Briefing on Any Unresolved Motions**

There are no unresolved motions pending before the Court.

**3.    Settlement Efforts**

The Parties discussed settlement of this suit shortly after it was filed. Subsequently, the Parties agreed that Plaintiffs would voluntarily dismiss one of its claims against Defendant. The Parties do not currently anticipate settling this matter but may be willing to discuss settlement in the future. The Parties do not currently request a settlement conference.

**4.    Proposed Schedule for the Next Sixty Days**

1

The Parties propose deadlines of October 31, 2023 for serving written discovery requests and November 13, 2023 for filing the next status report.

**5.    Proposed Revisions to Discovery Schedule**

The Parties have no proposed revisions to the discovery schedule entered by the Court on June 22, 2023 (Dkt. 32).

**6.    Action By the Court**

The Parties do not request the Court to take any action at this time.

**7.    Telephonic Hearing**

The Parties do not believe a telephonic hearing with the judge is necessary at this time.

Respectfully Submitted,

Dated: September 13, 2023

/s/ Robert F. Dicello
Robert F. Dicello
Mark Hamill
Adam J. Levitt
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
rfdicello@dicellolevitt.com
mhamill@dicellolevitt.com
alevitt@dicellolevitt.com

*Counsel for Plaintiffs Luis Pinto, Sjur Madsgard, and Future Holdings Associates, LLC*

/s/ J. Scott Humphrey
J. Scott Humphrey
Kate Watson Moss
Samantha Roth
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949
shumphrey@beneschlaw.com
kwatsonmoss@beneschlaw.com
sroth@beneschlaw.com

*Counsel for Defendant Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, a copy of the foregoing JOINT STATUS REPORT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ J. Scott Humphrey*
J. Scott Humphrey

*Attorney for Defendant*
