# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Luis Pinto, et al.

                        Plaintiff,

v.                                                       Case No.: 1:22−cv−07167
                                                        Honorable Joan B. Gottschall

Allstate Insurance Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 16, 2024:

      MINUTE entry before the Honorable Maria Valdez: Hearing held on Plaintiffs' Motion to Compel Depositions of Previously Noticed Deponent [75] on 10/16/24. For the reasons stated in open court, Plaintiffs' motion is granted. Bradley's deposition shall take place no later than 12/13/24. Plaintiffs' depositions shall take place no later than 11/30/24. Defendants shall provide a written response to Plaintiffs' inquiry as to the existence of Goddard's recorded statement no later than 10/23/24. If the recorded statement exists, Defendants shall produce it to Plaintiffs no later than 10/30/24. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.