# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Luis Pinto, et al.

                Plaintiff,

v.                               Case No.: 1:22−cv−07167
                                             Honorable Joan B. Gottschall

Allstate Insurance Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 11, 2024:

      MINUTE entry before the Honorable Maria Valdez: Plaintiff's Motion to Extend Deadline to Disclose Expert Witnesses [84] is stricken without prejudice for failing to comply with Local Rule 37.2 and this Court's standing orders. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.