**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Luis Pinto, et al.
                              Plaintiff,
v.                                                    Case No.: 1:22−cv−07167
                                                      Honorable Joan B. Gottschall
Allstate Insurance Company
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2025:

   MINUTE entry before the Honorable Maria Valdez: Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Forthcoming Demand Letter [98] is granted in part. Defendant shall tender its offer letter to Plaintiff by 5/15/25. Both letters must comply with this Court's standing order and instructions governing settlement conferences and should be electronically submitted to the Court at Proposed_Order_Valdez@ilnd.uscourts.gov no later than 5/16/25. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.